# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES AMONETTE,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.; CENTRAL CREDIT, LLC.; EQUIFAX INFORMATION SERVICES, LLC.; and AT&T SERVICES, INC.**<br><br>Defendants. | **Case No.:** 16-CV-0888-BTM-NLS<br><br>**ORDER DISMISSING ENTIRE CASE** |

## **ORDER**

Having considered the parties' Joint Motion for Dismissal and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above captioned action is dismissed *with prejudice* in its entirety with each party bearing their attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: August 23, 2016

_____
Hon. Chief Judge Barry T. Moskowitz